IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, <br>     Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br>     Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 1:14-cv-720-GMS <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Inventor Holdings, LLC and defendant Microsoft Corporation, pursuant to Rule 41(a)(2) and (c), by and through their undersigned counsel, hereby stipulate to the dismissal of all claims by Plaintiff Inventor Holdings, LLC against Defendant Microsoft Corporation in this action WITH PREJUDICE, and all counterclaims by Defendant Microsoft Corporation against Plaintiff Inventor Holdings, LLC WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | FISH & RICHARDSON P.C. |
| */s/ Richard C. Weinblatt* | */s/ Warren K. Mabey, Jr.* |
| Stamatios Stamoulis (#4606) | Warren K. Mabey, Jr. (#5775) |
| Richard C. Weinblatt (#5080) | 222 Delaware Avenue, 17th Floor |
| Two Fox Point Centre | P.O. Box 1114 |
| 6 Denny Road, Suite 307 | Wilmington, DE 19801 |
| Wilmington, DE 19809 | (302) 652-5070 |
| (302) 999-1540 | mabey@fr.com |
| stamoulis@swdelaw.com | |
| weinblatt@swdelaw.com | *Attorneys for Defendant* |
| | *Microsoft Corporation* |
| *Attorneys for Plaintiff* | |
| *Inventor Holdings, LLC* | |

**SO ORDERED**, this _____ day of _____, 2014.

_____
The Honorable Gregory M. Sleet
United States District Court Judge